IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01818-MSK-CBS

UNITED STATES OF AMERICA,

       Petitioner,

v.

IRIZARRY & MCCALL, P.C. through
RAYMOND D. MCCALL,

       Respondent.

---

**ORDER AND NOTICE OF ORAL ARGUMENT HEARING**

---

**IT IS HEREBY ORDERED** that an oral argument hearing will be held on January 18, 2006 at 8:00 a.m. in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 1st day of December, 2005.

       **BY THE COURT:**

       *Marcia S. Krieger*
       _____
       Marcia S. Krieger
       United States District Judge