IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01818-MSK-CBS

UNITED STATES OF AMERICA,

        Petitioner,

v.

IRIZARRY & MCCALL, P.C. through
RAYMOND D. MCCALL,

        Respondent.

---

## ORDER AND NOTICE OF RESETTING OF ORAL ARGUMENT HEARING

---

**IT IS HEREBY ORDERED** that the oral argument hearing scheduled for January 18, 2006 at 8:00 a.m. is **VACATED** and **reset for April 6, 2006 at 8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 6th day of January, 2006.

                              **BY THE COURT:**

                              *Marcia S. Krieger*
                              Marcia S. Krieger
                              United States District Judge