IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01818-MSK-CBS

UNITED STATES OF AMERICA,

       Petitioner,

v.

IRIZARRY & MCCALL, P.C. through
RAYMOND D. MCCALL,

       Respondent.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulation for Dismissal **(#20 )** filed June 2, 2006. The Court having reviewed the foregoing:

ORDERS that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

Dated this 6th day of June, 2006.

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge